UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

    -v-

No. 14-CR-00731-LTS
No. 17-CV-10087-LTS

IVAN COLLADO,

    Petitioner-Defendant.

-------------------------------------------------------x

## ORDER

The Court has received and reviewed the affirmation of Edward V. Sapone, Esq., dated January 5, 2021 (Docket Entry No. 148), submitted in response to the Court's Order dated December 7, 2020 (Docket Entry No. 145), which directed Mr. Sapone to give sworn testimony in response to the allegations of ineffective assistance of counsel made by Petitioner-Defendant Ivan Collado in his pending motion to vacate (Docket Entry No. 135).

It is hereby ordered that:

(1) Mr. Collado shall file any supplemental motion papers by **January 22, 2021**[1];

(2) The Government shall file any supplemental opposition papers by **February 5, 2021**; and

(3) Mr. Collado shall file any further reply by **February 12, 2021**.

---

[1] To the extent defense counsel requires additional time to secure an affidavit or other admissible evidence from Mr. Collado, counsel should file a letter requesting an extension of time, stating the Government's position as to that request.

The Clerk of Court is respectfully directed to mail a copy of this Order, together with a copy of the affirmation at Docket Entry No. 148, to Mr. Collado at the below address.

SO ORDERED.

Dated: New York, New York
January 7, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

**Copy To Be Mailed To:**

Mr. Ivan Collado
No. 71344-054
FCI Ray Brook
Federal Correctional Institution
P.O. Box 900
Ray Brook, NY 12977