UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

    -v-

IVAN COLLADO,

    Petitioner-Defendant.

-------------------------------------------------------x

No. 14-CR-00731-LTS
No. 17-CV-10087-LTS

## Order

The Court has received Petitioner-Defendant's letter dated January 12, 2021, seeking, with the consent of the Government, an extension of the briefing deadlines set forth in the Court's Order dated January 7, 2021. That application is granted, as follows:

(1)     Mr. Collado shall file any supplemental motion papers by **March 5, 2021**;

(2)     The Government shall file any supplemental opposition papers by **March 19, 2021**; and

(3)     Mr. Collado shall file any further reply by **March 26, 2021**.

Counsel for Mr. Collado is directed to mail a copy of this Order to Mr. Collado.

This Order resolves Docket Entry No. 150 in Case No. 14-CR-731 and Docket Entry No. 25 in Case No. 17-CV-10087.

SO ORDERED.

Dated: New York, New York
       January 13, 2021

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        United States District Judge