UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                    No.  14-CR-731-LTS

IVAN COLLADO,

             Defendant.

-------------------------------------------------------x

<u>ORDER</u>

       The Court has received Defendant Ivan Collado's <u>pro se</u> motion for a reduction in sentence pursuant to 18 U.S.C. section 3582(c)(1)(A).  (Docket entry nos. 152, 161.)  The Government is directed to file its response to Mr. Collado's motion, which must include his BOP medical records, by **May 7, 2021**.  The Government shall file under seal any medical records that are included in the response, and sensitive medical information may be redacted from the response that is filed on ECF.  The Government shall file the unredacted originals, including exhibits, under seal, with a copy of this Order, by emailing those originals to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.  A complete, unredacted courtesy copy of the Government's response must be also provided to Defendant.

       Mr. Collado's reply to the Government's response, if any, must be filed by **May 21, 2021.**

Chambers will mail a copy of this Order to Mr. Collado.

SO ORDERED.

Dated: New York, New York
April 23, 2021

_/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

**Copy to be mailed to**:

Ivan Collado
Reg. No. 71344-054
FCI Ray Brook
Federal Correctional Institution
P.O. Box 900
Ray Brook, NY 12977