UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                             No. 14-CR-731-LTS

IVAN COLLADO,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a letter dated May 19, 2021, from the fiancé of the Defendant, filed in support of Defendant's pending motion for compassionate release (docket entry no. 161). Because the May 19, 2021, letter includes copies of Defendant's sensitive medical records, a psychiatric evaluation of Defendant, and Defendant's fiancé's personal address, the Court will file a redacted version of that letter on the public docket, and will file the complete, unredacted version under seal.

Chambers will mail a copy of this Order to Mr. Collado.

        SO ORDERED.

Dated: New York, New York
       May 27, 2021

                                                  /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 Chief United States District Judge

**Copy to be mailed to**:

Ivan Collado
Reg. No. 71344-054

FCI Ray Brook
Federal Correctional Institution
P.O. Box 900
Ray Brook, NY 12977