UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                             No. 14-CR-731-LTS

IVAN COLLADO,

       Defendant.

-------------------------------------------------------x

ORDER

The Court appoints Jeffrey G. Pittell as CJA counsel to represent Mr. Collado for the limited purpose of presenting the issues of Mr. Collado not receiving "the proper treatment for [his] mental disorders and learning disabilities" (see docket entry nos. 177 & 178) to the warden of his facility in the context of a compassionate release application, and, in the event that presentation does not ameliorate those issues, in connection with a second motion for compassionate release based on those issues pursuant to 18 U.S.C. section 3582(c)(1)(A).

Chambers will mail a copy of this Order to Mr. Collado.

SO ORDERED.

Dated: New York, New York
         July 16, 2021

                                                                  /s/ Laura Taylor Swain
                                                             LAURA TAYLOR SWAIN
                                                             Chief United States District Judge

**Copy to be mailed to**:

Ivan Collado
Reg. No. 71344-054
FCI Ray Brook
Federal Correctional Institution
P.O. Box 900
Ray Brook, NY 12977