UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                             No. 14-CR-731-LTS

IVAN COLLADO,

       Defendant.

-------------------------------------------------------x

## SEALING ORDER

        The Court has received Defendant's memorandum of law dated December 22, 2021 (docket entry no. 187), and the Government's opposition memorandum dated January 4, 2022 (docket entry no. 190), each submitted in connection with Defendant's pending renewed motion for compassionate release (docket entry no. 186). Defendant seeks to file the complete, unredacted version of his memorandum of law—which includes discussion of Defendant's sensitive medical and psychological history—under seal, and the Government seeks to file under seal the exhibits to its opposition, which include records on the same subject.

        The parties' sealing applications are granted. The Court will file complete, unredacted copies of the above-referenced submissions, with their exhibits, under seal. The redacted versions of those submissions will remain on the public docket.

        SO ORDERED.

Dated: New York, New York
       January 25, 2022

                                                                                     /s/ Laura Taylor Swain
                                                                                  LAURA TAYLOR SWAIN
                                                                                  Chief United States District Judge