**JOHN L. RUSSO**
ATTORNEY AT LAW

COUNSEL
Milton Florez, Esq.
Michael Horn, Esq.

**J.L. Russo, P.C.**
31 - 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:  718 · 777 · 1277
Fax:  718 · 204 · 2310
Email:  JLRussoPC@Gmail.com

PARALEGAL
Maria Nunez, B.S.

October 18, 2023

**Via ECF**
Honorable Laura Taylor Swain
Chief United States District Judge
United State District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

    Re:    <u>United States of America v. Ivan Collado</u>
              Case No.: 14-CR-731 (LTS)

Your Honor:

    This office represents Ivan Collado, the Defendant in the above referenced matter. **We write to respectfully request permission for Ivan to travel to the Dominican Republic on vacation from November 3, 2023 through November 18, 2023.  Mr. Collado's U.S. Probation Officer Sabrina Gargano (347) 534-3701 has been advised and consents to this request**.

    Mr. Collado has been cooperative and compliant with his post release conditions; and has maintained consistent gainful employment since his release in 2022 – currently holding down **two** jobs [building maintenance and doorman] at a Queens Condominium development. His employment is steady, full time, includes benefits and pays well.  Given Mr. Collado's history he is beyond grateful to have found such good work.

    The Court's consideration of this request is respectfully requested and appreciated.

                                      Yours truly,

                                      *John Russo*

                                      John L. Russo(JR6200)

JLR:mn    The foregoing request is denied without prejudice as to renewal.  The Court directs counsel's attention to Rule A.1.b of the Court's Individual Practices, and to re-file the request indicating the Government's position.  DE#203 resolved.
SO ORDERED.
October 19, 2023
/s/ Laura Taylor Swain, Chief USDJ