

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 3, 2026

**MEMO ENDORSED**

**BY ECF**

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Ivan Collado*, 14 Cr. 731-1 (LTS)

Dear Chief Judge Swain:

The parties respectfully submit this joint letter in compliance with the Court's order of September 3, 2025, to provide an update in the above-captioned matter. By way of background, at the September 10, 2024 initial violation of supervised release ("VOSR") appearance in the above-captioned case, the Court adjourned Collado's next VOSR hearing *sine die* on consent and ordered the parties to submit a joint status report by the earlier of (1) March 3, 2025, or (2) the disposition of Collado's parallel case, 24 Cr. 110 (JPO).

On February 6, 2025, a superseding indictment (the "Superseding Indictment") was filed in Collado's parallel case. *See United States v. Collado, et al.*, S2 24 Cr. 110 (JPO) (ECF 26). In the Superseding Indictment, Collado is charged with the crimes listed in the below chart. Notably, the crime charged in Count Five of the Superseding Indictment is a capital-eligible offense.

| Count | Crime |
|---|---|
| 1 | Conspiracy to distribute five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of 21 U.S.C. § 846 |
| 2 | Cyberstalking resulting in death, in violation of 18 U.S.C. §§ 2261A(2)(A) and (B), 2261(b)(1), and 2 |
| 3 | Conspiracy to commit kidnapping resulting in death, in violation of 18 U.S.C. § 1201(c) |
| 4 | Firearms use, carrying, and possession, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i), (ii), (iii), and 2 |
| 5 | Murder through the use of a firearm, in violation of 18 U.S.C. §§ 924(j) and 2 |
| 6 | Cyberstalking with use of a dangerous weapon, in violation of 18 U.S.C. §§ 2261A(2)(A) and (B), 2261(b)(3), and 2 |
| 9 | False statements, in violation of 18 U.S.C. § 1001 |

On March 3, 2025, the parties submitted a joint status report and requested that the Court order the parties to submit a further joint status report by the earlier of (1) September 3, 2025, or (2) the disposition of Collado's parallel case, 24 Cr. 110 (JPO).  (ECF 215).  On March 4, 2025, the Court so-ordered the parties' proposal.  On September 3, 2025, the parties submitted a joint status report and requested that the Court order the parties to submit a further joint status report by the earlier of (1) March 3, 2026, or (2) the disposition of 24 Cr. 110 (JPO).  (ECF 217).  On September 3, 2025, the Court so-ordered the parties' proposal.  (ECF 218).

In 24 Cr. 110, Judge Oetken has set a trial date of January 11, 2027.  No decision has yet been made as to the imposition of capital punishment in Collado's parallel case.

The parties respectfully request that the Court order the parties to submit a further joint status report by the earlier of (1) September 3, 2026, or (2) the disposition of Collado's parallel case, 24 Cr. 110 (JPO).

Very truly yours,

JAY CLAYTON
United States Attorney

by: _____
Joseph H. Rosenberg
Ashley C. Nicolas
Assistant United States Attorneys
(212) 637-2326/-2467

cc:     All counsel of record (by ECF)
        Probation (by email)
        John Burke, Esq. (by email)

The foregoing request is granted. The parties are hereby directed to submit a status report by the earlier of (1) September 3, 2026, or (2) the disposition of Collado's parallel case, 24 Cr. 110 (JPO).
SO ORDERED.
3/3/2026
/s/ Laura Taylor Swain, Chief USDJ