**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 1, 2026

**BY ECF**
Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**Re: *United States v. Ivan Collado*, 14 Cr. 731-1 (LTS)**

Dear Chief Judge Swain:

The parties respectfully submit this joint letter in compliance with the Court's order of March 4, 2026, to provide an update in the above-referenced matter. The conduct at issue in this violation of supervised release ("VOSR") proceeding is related to the conduct at issue in Collado's parallel criminal case, *United States v. Ivan Collado, et al.*, 24 Cr. 110 (JPO). At the September 10, 2024 initial VOSR appearance in this case, the Court adjourned Collado's next VOSR hearing *sine die* on consent and ordered the parties to submit a joint status report by the earlier of (1) March 3, 2025, or (2) the disposition of Collado's parallel case, 24 Cr. 110 (JPO). Since then, the parties have submitted a series of joint status reports updating the Court on the progress of the parallel case. (Dkt. 215, 217, 219). Collado's parallel case, in which he faces a mandatory minimum penalty of 20 years' imprisonment and a maximum of life imprisonment, is scheduled for trial before Judge Oetken on January 11, 2027. Trial is currently expected to last approximately three weeks. The parties respectfully request that the Court order the parties to submit a further joint status report by the earlier of (1) March 3, 2027, or (2) the disposition of Collado's parallel case.

Very truly yours,

JAMES M. MCDONALD
United States Attorney

by: ______________________________
Ashley C. Nicolas
Joseph H. Rosenberg
Assistant United States Attorneys
(212) 637-2326/-2467

cc: All counsel of record (by ECF)

The foregoing request is granted. Parties shall submit a joint status report to the Court by the earlier of either March 3, 2027 or the disposition of Mr. Collado's parallel criminal case, United States v. Ivan Collado, et al., 24 Cr. 110 (JPO). Docket entry no. 221 is resolved.
SO ORDERED.
9/1/2026
/s/ Laura Taylor Swain, Chief USDJ